IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CHRISTOPHER MOORE,

      Appellant,

v.

JUSTICE FEDERAL CREDIT UNION,

      Appellee.

Case No. 5D21-3135
LT Case No. 2021-CC-000525

_____/

Decision filed April 4, 2023

Appeal from the County Court
for Sumter County,
Paul L. Militello, Judge.

Christopher Moore, The Villages, pro
se.

Joshua C. Kligler and Jerrod M.
Maddox, of Dunn Law, P.A., Miami,
for Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.